JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM S. BALLI, an individual,<br><br>     Plaintiff,<br><br>     vs.<br><br>MERCEDES-BENZ USA, LLC; PRICE-SIMMS FAIRFIELD, LLC dba Mercedes Benz of Fairfield, a California limited liability company; and DOES 1 through 10, inclusive,<br><br>     Defendants. | Case No.: 2:23-cv-04195-JLS-MAA<br><br>**ORDER REMANDING CASE TO STATE COURT** |

**ORDER**

HAVING CONSIDERED THE PARTIES' JOINT STIPULATION TO REMAND CASE TO STATE COURT, the Court finds good cause and hereby ORDERS:

This entire case is hereby remanded to the Superior Court of the State of California for the County of Los Angeles.

IT IS SO ORDERED.

**DATED:** July 12, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE